IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRINITY TEEN SOLUTIONS, INC., a Wyoming Corporation;<br><br>Plaintiff,<br><br>-vs-<br><br>CLAIRE MALONE MATSON, CHANEL PLANDER, and MOLLIE NICOLE LYNCH,<br><br>Defendants. | Civil Action No. 1:16-cv-00110-NDF |

## JOINT STIPULATION FOR DISMISSAL

COME NOW, the Parties, by and through their respective counsel of record and move the Court to dismiss the above-captioned action without prejudice, with each party to bear their own costs and attorneys fees, and requests that the Court issue the proposed *Order of Dismissal* which is filed herewith.

Dated this 22nd day of December, 2016.

_____
Patrick Murphy WY Bar #5-1779
Attorney for Defendants

_____
S. Joseph Darrah WY Bar #6-2786
Attorney for Plaintiff