

FILED
4:15 pm, 12/22/16
**Stephan Harris
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

TRINITY TEEN SOLUTIONS, INC., a
Wyoming Corporation;

   Plaintiff,

-vs-

CLAIRE MALONE MATSON, CHANEL
PLANDER, and MOLLIE NICOLE
LYNCH,

   Defendants.

Civil Action No. 1:16-cv-00110-NDF

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court on the *Joint Stipulation for Dismissal* filed the Parties, by and through their respective counsel of record:

IT IS HEREBY ORDERED:

The above-captioned case is DISMISSED without prejudice, with the parties to bear their own costs and fees.

Done in Open Court this 22nd day of December, 2016.

_____
Judge

Approved as to form:

_____
Patrick Murphy WY. Bar #5-1779
Attorney for Defendants

_____
S. Joseph Darrah WY Bar #6-2786
Attorney for Plaintiff